UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYGILLE SMITH,

                    Plaintiff,

        -against-

ADAN RIVERA and SUNLAND
DISTRIBUTION OF FLORIDA, INC.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/22/2025

25 Civ. 3221 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 17, 2025, Defendants removed this action from Supreme Court, Bronx County. ECF No. 1. The Court has been advised that Plaintiff intends to contest removal. Accordingly:

1. By **May 12, 2025**, Plaintiff shall file his motion to remand;
2. By **May 27, 2025**, Defendants shall file a combined response; and
3. By **June 3, 2025**, Plaintiff shall file his reply, if any.

SO ORDERED.

Dated: April 22, 2025
    New York, New York

_____
    ANALISA TORRES
    United States District Judge