UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYGILE SMITH,

                Plaintiff,

      -against-

ADAN RIVERA and SUNLAND
DISTRIBUTION OF FLORIDA, INC.,
individually,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/6/2026___

25 Civ. 3221 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions regarding Plaintiff's pending motion to remand at ECF No. 9.  *See* ECF Nos. 10–14.  The parties shall appear for a hearing in the matter on **January 20, 2026,** at **11:00 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Plaintiff shall appear personally and be prepared to address questions relevant to his domicile in March 2025.

      SO ORDERED.

Dated: January 6, 2026
      New York, New York

                        ANALISA TORRES
                 United States District Judge