# BLUMEN & SHAYNE, I[...]

### ATTORNEYS AT LAW
### 2916 SHELL ROAD, 5th FLOOR
### BROOKLYN, NEW YORK 11224

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____1/16/2026____

ALAN BLUMEN
DOUGLAS SHAYNE

STUART GECHLIK

Of Counsel:
Ernest Reece
Kenneth V. Madden *

### TEL:  (718) 618-0462
### FAX:  (718) 618-0463

*Also Admitted in NJ

January 13, 2026

VIA ECF
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Application for Adjournment on Consent**
*Lloygille Smith v. Adan Rivera and Sunland Distribution of Florida, Inc.,*
United States District Court, Southern District of New York
Civil Case No.:   25-CV-3221
Date of Incident: August 9, 2022

Honorable Judge Torres:

This office represents the plaintiff Lloygille Smith in the above captioned matter.

This application on consent for an adjournment of the scheduled January 20, 2026, hearing set forth in your Order dated January 6, 2026, is submitted pursuant to Your Honor's Individual Practices in Civil  Cases.

The January 20, 2026, hearing is the first hearing scheduled in this matter with respect to this office's motion to Remand the Matter to State Court.

This office is requesting an adjournment because of this office's busy trial schedule.

This office contacted counsel for defendant on January 12, 2026 stating that we were looking to adjourn the hearing into March 2026. Counsel for defendant indicated that any day in March except for March 2 and March 3 was acceptable to their office,

Your order directed the plaintiff Lloygille Smith to appear personally at the hearing. Moreover, we are request clarification as to whether our office will be permitted to call any other witnesses other than Lloygille Smith at the hearing?

We appreciate the Court's assistance in this matter.

Respectfully submitted,

*Stuart K. Gechlik*

Stuart K. Gechlik

GRANTED IN PART.  The hearing currently scheduled for January 20, 2026 is ADJOURNED.  The Court will schedule a new date in due course.

SO ORDERED.

Dated: January 16, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge