UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYGILE SMITH,

                Plaintiff,

       -against-

ADAN RIVERA and SUNLAND
DISTRIBUTION OF FLORIDA, INC.,
individually,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/20/2026__
```

25 Civ. 3221 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The hearing previously scheduled for January 20, 2026, *see* ECF Nos. 19, 21, is ADJOURNED to **February 9, 2026,** at **2:00 p.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007

      SO ORDERED.

Dated: January 20, 2026
      New York, New York

                                    ANALISA TORRES
                           United States District Judge